IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>        Applicant,<br><br>    v.<br><br>Covington & Burling LLP,<br><br>        Respondent. | Misc. Case No. 1:23-mc-00002 |

**STIPULATION REGARDING BRIEFING SCHEDULE**

The Securities and Exchange Commission ("SEC") filed this miscellaneous action on January 10, 2023 to enforce the subpoena it served on respondent Covington & Burling LLP on March 21, 2022. The SEC's application asks the Court to order Covington to show cause why Request No. 3(a) of the subpoena should not be enforced. SEC Application, Dkt. 1, ¶ 9. Then, once Covington has had the opportunity for a hearing, the SEC's application asks the Court to issue an order compelling compliance with Request No. 3(a). *Id.* ¶ 10. The parties agree that no briefing or response deadlines are triggered unless and until the Court issues the order to show cause and sets a hearing date. The SEC has filed a proposed order where the Court may set a hearing date and enter a briefing schedule. Dkt. 1-3.

To create certainty for the parties and for potential amici about the timetable for this case, and to avoid burdening the Court with requests for extensions of time, the SEC and Covington have conferred and stipulated to a briefing schedule that would take effect when and if the Court issues the order to show cause. The parties respectfully request that the Court enter the following briefing deadlines:

    1.    Covington shall have 21 days from the date of entry of the Court's order to show cause to file its opposition brief;

2.  Any and all amicus briefs shall be filed within seven (7) days of Covington's opposition brief.

3.  The SEC shall have 21 days from the date of Covington's opposition brief to file a reply brief addressing arguments raised by Covington and amici.

DATED: January 23, 2023

Respectfully submitted,

<div style="display:flex">
<div>

*By Consent*
Dean M. Conway (D.C. Bar 457433)
**SECURITIES AND EXCHANGE COMMISSION**
100 F. Street N.E.
Washington, D.C. 20549
conwayd@sec.gov

*Counsel for Applicant Securities and Exchange Commission*

</div>
<div>

*/s/ Kevin S. Rosen*
Theodore J. Boutrous Jr. (D.C. Bar 420440)
Kevin S. Rosen (*pro hac vice pending*)
Samuel Eckman (*pro hac vice pending*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA  90071-3197
tboutrous@gibsondunn.com
krosen@gibsondunn.com
seckman@gibsondunn.com

*/s/ Katherine Moran Meeks*
Richard W. Grime (D.C. Bar 455550; *pro hac vice pending*)
Katherine Moran Meeks (D.C. Bar 1028302)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
rgrime@gibsondunn.com
kmeeks@gibsondunn.com

*Counsel for Respondent Covington & Burling LLP*

</div>
</div>

## CERTIFICATE OF SERVICE

      A copy of the foregoing Stipulation Regarding Briefing Schedule was filed electronically this 23rd day of January, 2023.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All parties required to be served have been served.

                                       */s/ Katherine Moran Meeks*
                                       Katherine Moran Meeks (D.C. Bar 1028302)
                                       GIBSON, DUNN & CRUTCHER LLP
                                       1050 Connecticut Avenue, N.W.
                                       Washington, D.C.  20036-5306
                                       (202) 955-8258
                                       kmeeks@gibsondunn.com