IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>　　　　Applicant,<br><br>　　v.<br><br>Covington & Burling LLP,<br><br>　　　　Respondent. | Misc. No. 1:23-mc-00002 |

**DECLARATION OF KATHERINE MORAN MEEKS IN SUPPORT OF
COVINGTON & BURLING LLP'S OPPOSITION TO SEC'S APPLICATION**

1. I, Katherine Moran Meeks, am of counsel at the law firm Gibson, Dunn & Crutcher LLP ("Gibson Dunn") and a member of the Bar of this Court.

2. I submit this declaration in support of Covington & Burling LLC's ("Covington") opposition to the Securities and Exchange Commission's ("SEC") application for an order requiring compliance with Request No. 3(a) of its March 21, 2022, subpoena.

3. I represent Covington in the above-captioned action. As one of Covington's attorneys, I have communicated with staff attorneys at the SEC by letter, email, telephone, and video conference concerning Request No. 3(a).

4. I or my colleagues at Gibson Dunn participated in at least 18 telephone or video conferences with the SEC staff since June 2022 regarding Covington's response to the March 21, 2022, subpoena. These calls are in addition to the telephone calls that took place directly between Covington's lawyers and the SEC staff, described at paragraph 21 of Gerald Hodgkins's declaration.

5. Attached hereto as **Exhibit 1** is a true and correct copy of a letter I received from Lory Stone, senior counsel at the SEC, on August 3, 2022. The letter was addressed to my colleague Theodore J. Boutrous Jr., and I received a copy by email.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746. Executed on February 14, 2023

_____
Katherine Moran Meeks

# EXHIBIT 1



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF ENFORCEMENT

Lory Stone  
Senior Counsel

Telephone: (202) 551-4931  
Email: StoneL@sec.gov

August 3, 2022

VIA EMAIL (tboutrous@gibsondunn.com)  
Theodore J. Boutrous, Jr., Esq.  
Gibson Dunn & Crutcher LLP  
1050 Connecticut Ave., N.W.  
Washington, D.C. 20036

Re: In the Matter of Microsoft Hafnium Cyberattack, HO-14224

Dear Mr. Boutrous:

Thank you for your July 29, 2022 letter regarding Covington & Burling LLP's ("Covington") response to the March 21, 2022 subpoena (the "Subpoena") issued by the U.S. Securities & Exchange Commission (the "Commission") to Covington.[1] We understand from the terms of the letter that Covington is rejecting the compromise we laid out in our July 14, 2022 letter to Covington, proposed to substantially narrow the scope of the Subpoena and intended to assuage many of Covington's concerns, which we believe are unfounded, about confidentiality and privilege.

In a final attempt to reach resolution prior to litigation, we suggest for your consideration a compromise wherein we would agree to Covington producing **only the names of its impacted public company clients** in the first instance.[2] If that list is sufficient for our purposes, we would not seek the additional information called for by the legally-issued Subpoena.

Please respond to this proposed resolution no later than Friday, August 12, 2022. If we are unable to reach a resolution on these terms, we are prepared to move forward with an action to enforce the Subpoena.

Notwithstanding this further attempt at compromise, we reserve all rights to enforce the full terms of the Subpoena in court, and/or to request additional information at a later time from Covington if the investigation so requires.

---

[1] This is our second letter to Covington regarding the Subpoena; our first letter is dated July 14, 2022.  
[2] As described in your June 10, 2022 letter and discussed with Covington, "public company clients" should be understood to reference both: (1) companies with securities (including ADRs) traded on U.S. exchanges and (2) companies that are regulated by the Commission pursuant to the federal securities laws, such as brokers, dealers, exchanges and investment advisors.

Mr. Boutrous, Jr., Esq.
August 3, 2022
Page 2

    Separately, we understand from Covington's July 29, 2022 letter and attachment that one of Covington's clients has authorized a Subpoena response. Please produce all such information responsive to the Subpoena by Friday, August 19, 2022.

    Please let us know if you have any questions or if you wish to discuss this matter in more detail.

Sincerely,

*[signature: Lory Stone]*

Lory Stone, Esq.
Senior Counsel
Division of Enforcement

Cc:    Kevin S. Rosen, Esq.
       Richard W. Grime, Esq.
       Kate Meeks, Esq.
       W. Bradley Ney, Senior Counsel, Division of Enforcement
       Fred Block, Supervisory Trial Counsel, Division of Enforcement
       Dean Conway, Assistant Chief Litigation Counsel, Division of Enforcement
       Melissa Hodgman, Associate Director, Division of Enforcement
       Carolyn Welshhans, Associate Director, Division of Enforcement