IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>                    Petitioner,<br>v.<br><br>COVINGTON & BURLING LLP,<br>                    Respondent. | No. 1:23-mc-00002-APM,<br>Hon. Amit P. Mehta |

**MOTION OF 83 AMICI CURIAE LAW FIRMS TO WAIVE LOCAL CIVIL RULE 5.1(C)(2) CERTIFICATION REQUIREMENT**

Amici curiae, a group of 83 U.S. law firms supporting Respondent in this matter, respectfully ask the Court to waive its rule that "[b]y signing a document that is presented to the Court, an attorney is certifying that the attorney, and all other attorneys appearing with the attorney on the document, are members of, or have a pending application for admission to, the Bar of this Court, or have complied with LCvR 83.2(c) or (d), or are covered by LCvR 83.2(e) as counsel for the United States."  LCvR 5.1(c)(2).

Amici intend to submit their brief with the signature of the undersigned counsel, who is a member of the Bar of this Court.  However, this brief reflects the views of, and has been joined by, 83 separate law firms, which are not collectively represented by any one firm or counsel.  In the interest of judicial efficiency and to avoid inundating the Court with a flood of pro hac vice motions, amici respectfully request that the court waive LCvR 5.1(c)(2)'s certification requirement for the purposes of this brief only.

For the foregoing reasons, amici respectfully request that the Court enter the attached Proposed Order waiving LCvR 5.1(c)(2).

|  |  |
|---|---|
| Dated: February 21, 2023 | /s/ *Brian R. Matsui*<br>BRIAN R. MATSUI (DC Bar No. 491339)<br>MORRISON & FOERSTER LLP<br>2100 L Street NW, Suite 900<br>Washington, DC 20037<br>Tel: (202) 887-8784<br>BMatsui@mofo.com<br><br>*Counsel for amicus curiae Morrison & Foerster LLP* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,
      Petitioner,

v.

COVINGTON & BURLING LLP,
      Respondent.

No. 1:23-mc-00002-APM,
Hon. Amit P. Mehta

**[PROPOSED] ORDER**

At the District of Columbia this __ day of February, 2023, having considered the Motion of Amici Curiae Law Firms to waive Local Civil Rule 5.1(c)(2)'s certification requirement (ECF No. __); IT IS HEREBY ORDERED that Amici's Motion is GRANTED.

_____
Hon. Amit P. Mehta
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2023, I filed this Motion with the United States District Court for the District of Columbia using the CM/ECF system, which will cause it to be served on all counsel of record.

Dated: February 21, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Brian R. Matsui*
　　　　　　　　　　　　　　　　　　　　BRIAN R. MATSUI (DC Bar No. 491339)
　　　　　　　　　　　　　　　　　　　　MORRISON & FOERSTER LLP
　　　　　　　　　　　　　　　　　　　　2100 L Street NW, Suite 900
　　　　　　　　　　　　　　　　　　　　Washington, DC 20037
　　　　　　　　　　　　　　　　　　　　Tel: (202) 887-8784
　　　　　　　　　　　　　　　　　　　　BMatsui@mofo.com

　　　　　　　　　　　　　　　　　　　　*Counsel for amicus curiae Morrison & Foerster LLP*