AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-mc-00002 |
| Covington & Burling LLP | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Reporters Committee for Freedom of the Press                                                            .

Date:     02/21/2023                                                   /s/ Bruce D. Brown
                                                                                    *Attorney's signature*

                                                                         Bruce D. Brown, D.C. Bar No. 457317
                                                                              *Printed name and bar number*
                                                                    Reporters Committee for Freedom of the Press
                                                                             1156 15th Street NW, Ste. 2010
                                                                                  Washington, D.C. 20005

                                                                                            *Address*

                                                                                  bruce.brown@rcfp.org
                                                                                        *E-mail address*

                                                                                       (202) 795-9300
                                                                                    *Telephone number*

                                                                                       (202) 795-9310
                                                                                        *FAX number*