UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**,<br>100 F Street, NE<br>Washington, DC 20549<br><br>　　　　　Applicant,<br><br>　　vs.<br><br>**COVINGTON & BURLING LLP**,<br>850 10th St, NW<br>Washington, DC 20268<br><br>　　　　　Respondent. | Case No.  1:23-mc-00002 |

## NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to LCvR 83.6(b) of the Local Rules of the United States District Court for the District of Columbia, Dean M. Conway hereby withdraws his individual appearance in the above-captioned action.  Applicant Securities and Exchange Commission will be represented hereafter by Eugene N. Hansen who filed his Notice of Appearance (ECF #32) on February 23, 2023.

Dated:  Washington, D.C.
　　　　February 23, 2023

By: */s/ Dean M. Conway*
Dean M. Conway (DC Bar No. 457433)
100 F Street, N.E.
Washington, D.C.  20549
Telephone: (202) 551-4412
Email: conwayd@sec.gov
Counsel for Applicant
U.S. Securities & Exchange Commission

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2023, I served a copy of the foregoing Notice of Withdrawal as Counsel on counsel of record via CM/ECF.

*/s/ Dean M. Conway*
Dean M. Conway