**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel 213.229.7000
gibsondunn.com

Theodore J. Boutrous Jr.
Direct: +1 213.229.7804
Fax: +1 213.229.6804
tboutrous@gibsondunn.com

May 17, 2023

VIA CM/ECF

Hon. Amit P. Mehta
U.S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge Mehta:

Covington & Burling LLP ("Covington") is compelled to respond very briefly here to the SEC's May 16, 2023 letter.

*First*, Covington's May 12 notice of supplemental authorities did not "contravene the Court's instructions." Dkt. 39, at 1. Covington specifically asked to present a submission akin to "a 28(j) letter on appeal" in order to assist the Court in resolving these important issues. Hr'g Tr. 56.

*Second*, Covington did not misstate any authorities. Covington stands by its submission and would be happy to provide a detailed explanation of its citations and why the SEC is wrong if the Court wishes.

*Third*, the SEC refers to its settlement proposal that it labeled as "confidential" pursuant to FRE 408. The problem with the SEC's offer is that a protective order does not account for Covington's duty under D.C. Bar Rule of Professional Conduct 1.6 to protect the identity of its clients and instead would require the firm to reveal the names of its clients so that the SEC may investigate them.

Sincerely,

*/s/ Theodore J. Boutrous Jr.*

Theodore J. Boutrous Jr.

Cc:   Counsel of Record