IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Applicant,<br><br>  v.<br><br>COVINGTON & BURLING LLP,<br><br>   Respondent. | Case No. 23-mc-00002 (APM) |

**JOINT NOTICE TO THE COURT REGARDING SETTLEMENT IMPASSE**

  Applicant Securities and Exchange Commission ("Commission") and Respondent Covington & Burling LLP ("Covington") respectfully submit this joint notice regarding a settlement impasse. Following the May 10, 2023, hearing, as suggested by the Court, the parties discussed that they should consider whether a settlement may be possible. The Commission then transmitted a letter to Covington proposing that the parties attempt to negotiate a protective order. Covington responded that the Commission's proposal would not work given its understanding of D.C. Rule of Professional Conduct 1.6 that client identities cannot be revealed unless this Court so orders the production of client names and that order is upheld on appeal. The parties held a follow-up call on May 23, during which they concluded that settlement is not possible.

  The parties stand prepared to provide any additional information that the Court may need in ruling on the Commission's Application.

Dated: May 26, 2023                              Respectfully submitted,

                                                    */s/ Eugene N. Hansen*
EUGENE N. HANSEN (DC Bar 483638)
LORY C. STONE (DC Bar 498400)
Securities and Exchange Commission
100 F. Street N.E.
Washington, D.C. 20549
Tel. 202.551.6091
Email: hansene@sec.gov


*/s/ Kevin S. Rosen*
Theodore J. Boutrous Jr. (D.C. Bar 420440)
Kevin S. Rosen (*pro hac vice*)
Samuel Eckman (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
tboutrous@gibsondunn.com
krosen@gibsondunn.com
seckman@gibsondunn.com


Richard W. Grime (*pro hac vice*)
Katherine Moran Meeks (D.C. Bar 1028302)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
rgrime@gibsondunn.com
kmeeks@gibsondunn.com