## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) ) | |
| **Applicant,** | ) ) | |
| **v.** | ) ) | **Case No. 23-mc-00002 (APM)** |
| **COVINGTON & BURLING, LLP,** | ) ) ) | |
| **Respondent.** | ) ) ) | |

## <u>ORDER</u>

For the reasons set forth in the court's Memorandum Opinion, ECF No. 42, the Commission's Application for an Order to Show Cause and for an Order Requiring Compliance with Subpoena, ECF No. 1, is granted in part and denied in part.

This is a final, appealable order.

Dated: July 24, 2023

Amit P. Mehta
United States District Court Judge