IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>　　　　　Applicant,<br><br>　　v.<br><br>Covington & Burling LLP,<br><br>　　　　　Respondent. | Misc. Case No. 1:23-mc-00002 |

**STIPULATION REGARDING EXTENSION OF AUTOMATIC 30-DAY STAY**

　　The Securities and Exchange Commission ("SEC") filed this miscellaneous action on January 10, 2023 to enforce the subpoena it served on respondent Covington & Burling LLP ("Covington") on March 21, 2022.  Dkt. 1.  The Court entered a final appealable order on July 24, 2023 granting in part and denying in part the SEC's application.  Dkt. 42–43.  Under Federal Rule of Civil Procedure 62(a), execution on the Court's final order is automatically stayed for 30 days, until August 23, 2023.

　　Covington and the SEC have conferred and agreed to a 30-day extension of the automatic stay provided in the Federal Rules.  This extension would stay execution on the Court's final order until September 22, 2023, the deadline for filing a notice of appeal under Federal Rule of Appellate Procedure 4(a)(1)(B).  This modest extension would protect the identity of Covington's clients from disclosure until the time for filing a notice of appeal expires and allow all interested parties time to consider whether to pursue such an appeal.  The SEC reserves all rights to seek enforcement of the Court's final order after September 22, 2023; Covington likewise reserves all rights regarding that order.

　　The parties therefore respectfully request that the Court enter an order staying execution on its final order for an additional 30 days, through and including September 22, 2023.

DATED: August 21, 2023

Respectfully submitted,

*/s/ By Consent*
Eugene N. Hansen (D.C. Bar 483638)
SECURITIES AND EXCHANGE
COMMISSION
100 F Street N.E.
Washington, D.C. 20549
hansene@sec.gov

*Counsel for Applicant Securities and Exchange Commission*

*/s/ Kevin S. Rosen*
Theodore J. Boutrous Jr. (D.C. Bar 420440)
Kevin S. Rosen (*pro hac vice*)
Samuel Eckman (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
tboutrous@gibsondunn.com
krosen@gibsondunn.com
seckman@gibsondunn.com

*/s/ Katherine Moran Meeks*
Richard W. Grime (D.C. Bar 455550; *pro hac vice*)
Katherine Moran Meeks (D.C. Bar 1028302)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
rgrime@gibsondunn.com
kmeeks@gibsondunn.com

*Counsel for Respondent Covington & Burling LLP*

## CERTIFICATE OF SERVICE

A copy of the foregoing Stipulation Regarding Extension of Automatic 30-Day Stay was filed electronically this 21st day of August, 2023.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All parties required to be served have been served.

*/s/ Kevin S. Rosen*
Kevin S. Rosen