# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Applicant, | ) ) ) |
| v. | ) ) ) |
| COVINGTON & BURLING, LLP, | ) ) ) |
| Respondent, | ) ) ) |
| and | ) ) ) ) |
| JOHN DOE, | ) ) ) |
| (Proposed) Intervenor. | ) ) |

CIVIL ACTION

Case No. 23-mc-00002 (APM)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned respectfully enters his appearance as counsel of record in the above-captioned action for (Proposed) Intervenor and requests that all subsequent papers be served upon him at the address indicated below.

Dated: September 19, 2023
Washington, D.C.

/s/ Matthew S. Owen
Matthew S. Owen, P.C. (D.C. Bar No. 1013970)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: +1 202 389 5000
Facsimile: +1 202 389 5200
matt.owen@kirkland.com

*Attorney for (Proposed) Intervenor*