# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | )<br>)<br>) |
| Applicant, | )<br>) **CIVIL ACTION** |
| v. | )<br>) **Case No. 23-mc-00002 (APM)** |
| **COVINGTON & BURLING, LLP,** | )<br>) |
| Respondent, | )<br>) |
| and | )<br>) |
| **JOHN DOE,** | )<br>) |
| Intervenor. | )<br>) |

## ORDER GRANTING INTERVENOR JOHN DOE'S EXPEDITED MOTION TO PARTIALLY STAY FINAL ORDER PENDING APPEAL

Upon consideration of Intervenor John Doe's Expedited Motion to Partially Stay Final Order Pending Appeal, it is hereby ORDERED that the motion is GRANTED. It is hereby ORDERED that:

1. The execution of the Court's Order dated July 24, 2023 (ECF No. 43) is partially stayed insofar as Covington & Burling, LLP is not required to disclose the identity of Intervenor John Doe until Intervenor John Doe's appeal is fully resolved and the mandate of the Court of Appeals has issued.

DATED: _____

**AMIT P. MEHTA**
United States District Judge