UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) )   Applicant, ) ) v. ) ) COVINGTON & BURLING, LLP, ) ) Respondent, ) ) and ) ) JOHN DOE, ) ) Intervenor. ) ) | CIVIL ACTION  Case No. 23-mc-00002 (APM) |

# NOTICE OF APPEAL

Notice is hereby given that John Doe, Intervenor in the above-captioned case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order of the United States District Court for the District of Columbia, ECF No. 43, entered on July 24, 2023.

Dated: September 22, 2023               Respectfully submitted,

                                                             By:   */s/ Matthew S. Owen*
                                                                            Matthew S. Owen, P.C. (D.C. Bar No. 1013970)
                                                                            KIRKLAND & ELLIS LLP
                                                                            1301 Pennsylvania Avenue, N.W.
                                                                            Washington, D.C. 20004
                                                                            Telephone: +1 202 389 5000
                                                                            Facsimile: +1 202 389 5200
                                                                            matt.owen@kirkland.com

                                                                            Mark E. Schneider, P.C. (*pro hac vice*)
                                                                            KIRKLAND & ELLIS LLP
                                                                            300 North LaSalle
                                                                            Chicago, IL 60654
                                                                            Telephone: +1 312 862 2000
                                                                            Facsimile: +1 312 862 2200
                                                                            mark.schneider@kirkland.com

                                                                            Rachel M. Fritzler (*pro hac vice*)
                                                                            KIRKLAND & ELLIS LLP
                                                                            601 Lexington Avenue
                                                                            New York, N.Y. 10022
                                                                            Telephone: +1 212 446 4800
                                                                            Facsimile: +1 212 446 6460
                                                                            rachel.fritzler@kirkland.com

                                                                            *Attorneys for Intervenor John Doe*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of September 2023, I served a true and correct copy of the foregoing John Doe's Notice of Appeal via the Court's electronic case filing system, which will cause the foregoing to be served upon all counsel of record.

                                      /s/ *Matthew S. Owen*
                                    Matthew S. Owen, P.C. (D.C. Bar No. 1013970)

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |  |
| Applicant, | ) ) ) |  |
| v. | ) ) ) | Case No. 23-mc-00002 (APM) |
| COVINGTON & BURLING, LLP, | ) ) ) |  |
| Respondent. | ) ) |  |

### ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 42, the Commission's Application for an Order to Show Cause and for an Order Requiring Compliance with Subpoena, ECF No. 1, is granted in part and denied in part.

This is a final, appealable order.

Dated: July 24, 2023

Amit P. Mehta
United States District Court Judge