# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

               *Applicant,*

    v.

COVINGTON & BURLING LLP,

               *Respondent.*

**No. 23-mc-00002-APM**

**NOTICE OF WITHDRAWAL OF
APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned has retired from practice and hereby withdraws his appearance in the above-captioned case on behalf of respondent Covington & Burling LLP.  Gibson Dunn & Crutcher LLP and its attorneys who have appeared in this action continue to represent Covington & Burling here.

Dated: March 4, 2024

Respectfully submitted,

  */s/ Richard W. Grime*
Richard W. Grime (*pro hac vice*)

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8219
Facsimile: (202) 530-9652

*Attorney for Respondent Covington & Burling LLP*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 4, 2024 the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court.  The electronic case file system sent a Notice of Electronic Filing to all counsel of record.

*/s/ Richard W. Grime*
Richard W. Grime