# United States Court of Appeals
### For The District Of Columbia Circuit

_____

**No. 23-5212**  **September Term, 2023**

**1:23-mc-00002-APM**

**Filed On: March 26, 2024**

Securities and Exchange Commission,

    Appellee

    v.

Covington & Burling, LLP,

    Appellee

John Doe,

    Appellant

## O R D E R

Upon consideration of the stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
        Laura M. Morgan
        Deputy Clerk